# United States Court of Appeals for the Federal Circuit

## 2010-1558:  ESTRADA V TELEFONOS DE MEXICO

Patent & Trademark Office
Trademark Trial & Appeal Board

Lower Court/Agency #:  91183487; 91183509
Case Type:  Agency

Notice of Appeal and Certified List Received:  08/20/2010
Notice of Appeal Filed:  08/18/2010
Docketed and Notice Sent to Parties:  09/28/2010
Certified List Filed:  09/28/2010

Fee Paid:  08/31/2010
Fee Amount:  455.00     Receipt No:  053300

| Date | Event Summary |
|---|---|
| | Nothing Due |
| 06/01/2011 | Appellant Principal Brief Filing Date |
| 06/13/2011 | Appellee or Cross Appellant Principal Brief Filing Date |
| | Appellant Reply Brief Filing Date |
| | Appellee or Cross Appellant Reply Brief Filing Date |
| 06/01/2011 | Appendix Filing Date |
| 11/08/2011 | Oral Argument Date/Calendared |
| 11/10/2011 | Disposition:  Affirmed; Panel |
| 12/20/2011 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2010-1558:  ESTRADA V TELEFONOS DE MEXICO

## List of Parties/Representation

**Party Type/Name**                                **Represented by**

**Appellant**

Andres Gutierrez Estrada                           Andres Gutierrez Estrada
                                                     Avenida Federalismo Norte 3063
                                                     Colonia Atemajac del Valle
                                                     Zapopan,Jalisco,Mexico  C.P. 45190
                                                     Phone #: (523)333-4270 x20
                                                     Email: metal_icaruz@yahoo.com
                                                     EOA Filed: 11/05/2010
                                                     Appearing Pro se

**Appellee**

Telefonos de Mexico, S.A.B. de C.V.                Julie B. Seyler
                                                     Abelman, Frayne & Schwab
                                                     666 Third Avenue
                                                     New York, NY  10017
                                                     Phone #: (212)949-9022
                                                     Fax #: (212)949-9190
                                                     Email: jbseyler@lawabel.com
                                                     Bar admit: 10/01/1982
                                                     EOA Filed: 10/22/2010
                                                     Principal Attorney

                                                   Lawrence E. Abelman
                                                     Abelman, Frayne & Schwab
                                                     Email: labelman@lawabel.com
                                                     Bar admit: 10/01/1982
                                                     EOA Filed: 07/08/2011

# United States Court of Appeals for the Federal Circuit

## 2010-1558:  ESTRADA V TELEFONOS DE MEXICO

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 09/28/2010 | F | 1 | Appeal docketed on 09/28/2010. EOD(09/28/2010 by SJ) 2010-1558 |
| 09/28/2010 | O | 2 | Official Caption.  Court Service - 09/28/10.  Filed: 09/28/10. REV(09/28/10 by SJ)  2010-1558 |
| 10/22/2010 | O | 3 | Entry of Appearance for Julie B. Seyler as principal attorney on behalf of the appellee, Telefonos de Mexico, S.A.B. de C.V.  Mail Service - 10/14/10.  Filed: 10/21/10. REV(10/26/10 by SCN)  2010-1558 |
| 10/25/2010 | O | 4 | Certificate of Interest for the appellee, Telefonos de Mexico, S.A.B. de C.V.  Mail Service - 10/14/10.  Filed: 10/22/10. REV(10/26/10 by SCN)  2010-1558 |
| 11/05/2010 | M | 5 | Appellant [Andres Gutierrez Estrada] - Request for Extension of Time of 40 days to file an opening brief or 21 days to file an informal brief [NPF]  Mail Service - 11/03/10. Filed: 11/05/10. Action on Motion (7): Motion granted.  Estrada's brief is due within 40 days of the date of filing of this order. by Clerk. Filed: 11/08/10. EOD(11/05/10 by LB)  REV(11/08/10 by LS)  2010-1558 |
| 11/05/2010 | O | 6 | Entry of Appearance for Andres Gutierrez Estrada, pro se.  Mail Service - 11/03/10.  Filed: 11/05/10. REV(11/10/10 by SCN) 2010-1558 |
| 12/27/2010 | B | 8 | Andres Gutierrez Estrada [Appellant] - Appellant's Brief on Appeal. Mail Service-12/16/10. Received: 12/20/10. Rejected: 12/27/10. Corrected Brief Due: 01/10/11.  REV(01/03/11 by IW)  2010-1558 |
| 01/28/2011 | O | 9 | Brief of Appellee, Telefonos De Mexico. S.A.B. de C.V. received NOT FILED. Placed on pending motion shelf. No blue brief has been filed in the case.  Mail Service - 01/25/11. Received: 01/28/11. REV(01/28/11 by C_C)  2010-1558 |
| 02/03/2011 | D | 10 | Disposition: Dismissed by Clerk for failure to prosecute in accordance with the rules. (No Brief). Filed: 02/03/11. Mandate issued to the PTO: 02/03/11. REV (05/31/11 by SEW) 2010-1558 |

# United States Court of Appeals for the Federal Circuit

## 2010-1558:  ESTRADA V TELEFONOS DE MEXICO

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 02/03/2011 | O | 11 | NOTE TO FILE:  Appellee's appendix (Two Volumes) received January 25, 2011 not filed.  Placed on in 1-B  No Service Required.  Entered: 01/25/11. REV(02/03/11 by SEW)  2010-1558 |
| 03/01/2011 | M | 12 | Appellant [Andres Gutierrez Estrada] - Motion for Reconsideration of the Court's order of dismissing appeal.  Mail Service - 02/25/11. Filed: 02/28/11. Action on Motion (13): The motion will be granted, the mandate will be recalled, the dismissal order vacated and the petition for review reinstated if, w/in 60 days, Estrada files his corrected informal brief. by Clerk. Filed: 03/18/11. EOD(03/01/11 by LRP)  REV(03/18/11 by LB)  2010-1558 |
| 06/01/2011 | R | 14 | Reinstated: 06/01/11 REV(06/01/11 by SEW)  2010-1558 |
| 06/01/2011 | O | 15 | ORDERED:  Appellant having filed the required brief it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED  Court Service - 06/01/11. Entered: 06/01/11. REV(06/01/11 by SEW)  2010-1558 |
| 06/01/2011 | B | 16 | Andres Gutierrez Estrada [Appellant] - Corrected Informal Brief of Appellant. Court Service-06/01/11. Filed: 06/01/11. REV(06/01/11 by SEW)  2010-1558 |
| 06/01/2011 | B | 17 | Telefonos de Mexico, S.A.B. de C.V. [Appellee] - Appellee's Brief in Support of the Oppositions. Mail Service-01/25/11. Received: 01/28/11. Rejected: 06/01/11. Corrected Brief Due: 06/15/11.  REV(06/01/11 by SEW)  2010-1558 |
| 06/15/2011 | B | 18 | Telefonos de Mexico, S.A.B. de C.V. [Appellee] - Appellee's Corrected Brief in Support of the Oppositions. Mail Service-06/13/11. Received: 06/15/11. Rejected: 06/15/11. Corrected Brief Due: 06/29/11.  REV(06/15/11 by C_C)  2010-1558 |
| 06/30/2011 | O | 19 | Notice of Rejection: Entry of Appearance for Lawrence E. Abelman as principal attorney on behalf of the appellee, Telefonos de Mexico, S.A.B. de C.V., received on 06/30/2011, cannot be filed; no original signature, one attorney can serve as principle  Court Service - 06/30/11.  Mailed: 06/30/11. REV(06/30/11 by JC)  2010-1558 |
| 07/11/2011 | O | 20 | Entry of Appearance for Lawrence E. Abelman as counsel on behalf of appellee, Telefonos de Mexico, S.A.B. de C.V.  Mail Service - 07/07/11.  Filed: 07/08/11. REV(07/11/11 by SCN)  2010-1558 |

# United States Court of Appeals for the Federal Circuit

## 2010-1558:  ESTRADA V TELEFONOS DE MEXICO

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 07/14/2011 | B | 21 | Telefonos de Mexico, S.A.B. de C.V. [Appellee] - Corrected Brief of Appellee. Mail Service-06/13/11. Filed: 06/13/11. REV(07/27/11 by C_C)  2010-1558 |
| 08/12/2011 | B | 22 | Telefonos de Mexico, S.A.B. de C.V. [Appellees] - Appellee's Appendix (Two Volumes). Mail Service-01/20/11. Filed: 06/01/11.  REV(08/12/11 by SEW)  2010-1558 |
| 09/22/2011 | O | 23 | NOTICE OF CALENDARING issued. Panel: 1111E on November 8, 2011.  Entered: 09/22/2011. (EOD 09/22/2011 by KSH) 2010-1558 |
| 10/17/2011 | O | 24 | Appellant Andrew Gutierrez Estrada's Informal Memorandum. (Sent to Panel)  Mail Service - 10/14/11.  Received: 10/17/11. REV(10/17/11 by KSH)  2010-1558 |
| 11/08/2011 | O | 25 | Submitted ON THE BRIEFS.  Panel: Lourie, Linn and Prost.  Entered: 11/08/2011. (EOD 11/08/2011 by KSH) 2010-1558 |
| 11/10/2011 | D | 26 | Disposition: Affirmed by Panel. Nonprecedential Opinion by: J. Lourie. Judgment Entered: 11/10/11. Costs against Appellant. Opinion sent to parties: 11/10/11. Filed: 11/10/11. Mandate issued to the PTO: 12/20/11. REV (12/20/11 by C_C) 2010-1558 |